The People of the State of New York, Respondent, v. Albert G. Vosburgh, Appellant.— Judgment of conviction affirmed. All concurred.

The Humane Society of Rochester, N. Y., for the Prevention of Cruelty to Animals, Respondent, v. Matthew A. Ryan, Appellant.— Judgment affirmed, with costs. All concurred.

William W. Farley, as State Commissioner of Excise of the State of New York, Appellant, v. Fred R. Wood and the American Surety Company of New York, Respondents.— Judgment and order affirmed, with costs. All concurred.

Silas W. Foster, Appellant, v. Thousand Island Park Association, Respondent.— Judgment affirmed, with costs. All concurred.

Mary Hartwick, Respondent, v. Catherine Burns and Others, Appellants.— Interlocutory judgment affirmed, with costs. All concurred.

Charles H. Glidden, Appellant, v. Paul D. Milne, Individually and as Administrator, etc., Respondent.— Judgment affirmed, with costs. Held, that plaintiff has a complete remedy in Surrogate Court for any improper disposition of assets by the administrator. All concurred.

Village of Angola, Appellant, v. Lake Shore and Michigan Southern Railway Company, Respondent.— Judgment so far as appealed from affirmed, with costs. All concurred.

Sarah Dupont, Respondent, v. The Delivery Company, Appellant.— Judgment and order reversed and a new trial granted, with costs to appellant to abide event. Held, that the verdict is excessive. All concurred, except Kruse, J., who dissented and voted for affirmance; Lambert, J., not sitting.

Edward G. Wells, Respondent, v. George P. Gifford, Appellant.— Judgment affirmed, with costs. All concurred.

Thomas Pearson, Plaintiff, v. Almet N. Broadhead and Another, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs. All concurred.

Charles J. Stamman and Another, Appellants, v. Mary Meiers and Another, Respondents.— Judgment affirmed, with costs. All concurred; Lambert, J., not sitting.

Nellie R. Kimball, Appellant, v. Harry James, as Mayor of the City of Dunkirk, and Others, Respondents.— Judgment affirmed, with costs. All concurred; Lambert, J., not sitting.

George A. Wilbur, Respondent, v. Stephen K. Bresee and Another, Appellants.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion of [for] reargument denied, with ten dollars costs.